ROBERT E. SHANNON, City Attorney
THEODORE B. ZINGER, Deputy City Attorney
State Bar No. 151420
333 West Ocean Boulevard, 11th Floor
Long Beach, California 90802-4664
Telephone:  (562) 570-2200
Facsimile:  (562) 436-1579
Email:       ted_zinger@longbeach.gov

Attorneys for Defendants
CITY OF LONG BEACH, OFFICER JASON C. LEHMAN,
OFFICER ROBERT GUERRERO and OFFICER WALTER LAVARRO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT GULLY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF LONG BEACH, OFFICER JASON C. LEHMAN, OFFICER ROBERT GUERRERO, OFFICER LAVARRO and Doe Defendants, 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.:  CV08-06143 AHM (CWx)<br>*(Exempt from Filing Fees pursuant to Government Code §6103)*<br><br>**PROTECTIVE ORDER**<br><br>Fed. R. Civ. P. 26(c)(1) |

　　　Good cause having been shown, it is hereby Ordered that:

　　　1.　Attorneys for the parties shall receive from the Long Beach Police Department Custodian of Records copies of portions of the personnel files of defendants LEHMAN, GUERRERO and LAVARRO, including relevant Internal Affairs history of such Defendants, personnel complaints and records of discipline.

　　　2.　Attorneys for the parties shall personally secure and maintain said copies in their possession to the end that said copies are to be used only for the purposes set forth below and for no other purpose.

　　　3.　Copies of the records shall only be used for preparing for and prosecuting or defending this case pending the completion of the judicial process

1 including appeal, if any.

2     4.    If necessary in the judgment of the attorneys for the parties in this case, they may show or reveal the contents of the copies to their employees or agents, if the same may actively assist in the prosecution or defense of this case.

    5.    Attorneys for the parties shall cause the substance of this Order to be communicated to each person to whom the names and addresses are revealed in accordance with this Order.

    6.    The attorneys for the parties shall not cause or knowingly permit disclosure of the contents of the copies beyond the disclosure permitted under the terms and conditions of this Order including, but not limited to, any news media which is inclusive of film or video, television, radio or print.

    7.    In the event that any confidential material is contained in any pleading, motion, exhibit or other paper filed or lodged with the court, such confidential information shall be filed or lodged in sealed envelopes on which shall be endorsed the caption in this action, the legend "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER," and a statement in substantially the following form: "This envelope contains confidential discovery responses or documents subject to a Protective Order.  It is not to be opened and the contents are not to be displayed or revealed except by order of the court, or by stipulation of the parties and the nonparty producing the confidential information."

    8.    At the conclusion of this action (upon settlement or when judgment is final), all originals or copies of any confidential discovery responses or documents produced by CITY shall be destroyed by the party in possession or returned promptly to counsel for the CITY.

    9.    The court retains jurisdiction to modify this protective order and to make further orders with respect to control and use of the information delivered to the attorneys for the parties pursuant to this Order, including orders as to the ultimate disposition of said copies while the judicial process is pending.

OFFICE OF THE CITY ATTORNEY
ROBERT E. SHANNON, City Attorney
333 West Ocean Boulevard, 11th Floor
Long Beach, CA 90802-4664

1    10. This order may be signed in counterparts.  A faxed signature shall serve
2 with the same force and effect of an original signature.
3 **IT IS SO ORDERED.**
4 DATED:   __March 9, 2009_____

             _____/S/_____
             **HON. CARLA M. WOEHRLE**
             UNITED STATED MAGISTRATE JUDGE

OFFICE OF THE CITY ATTORNEY
ROBERT E. SHANNON, City Attorney
333 West Ocean Boulevard, 11th Floor
Long Beach, CA 90802-4664

3
[PROPOSED] PROTECTIVE ORDER
c:\temp\notese1ef34\gully-proposedprotectiveorder.doc