O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-6143 AHM (CWx) | Date | March 24, 2009 |
|---|---|---|---|
| Title | LAMONT GULLY v. CITY OF LONG BEACH, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:  Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On September 18, 2008, Plaintiff Lamont Gully filed this § 1983 action against Defendants City of Long Beach, Officer Jason C. Lehman, Officer Robert Guerrero, and Officer Walter Lavarro.  Plaintiff alleges unreasonable search and seizure, as well as state law claims for intentional infliction of emotional distress, assault and battery, false arrest/imprisonment, negligence, and violation of the California Unruh Civil Rights Act.

On March 5, 2009, Defendants filed a motion to stay this action pending adjudication of a criminal action against Plaintiff for violating California Penal Code § 69.[1]  Defendants assert that discovery is not possible because Plaintiff will assert his Fifth Amendment right against self-incrimination until the criminal case is resolved.  They also contend that *Heck v. Humphrey*, 512 U.S. 477 (1994) precludes resolution of this case until the state court adjudicates the criminal charges.

On March 20, 2009, Plaintiff filed a notice of non-opposition to the motion to stay.

---

[1] "Every person who attempts, by means of any threat or violence, to deter or prevent an executive officer from performing any duty imposed upon such officer by law, or who knowingly resists, by the use of force or violence, such officer, in the performance of his duty, is punishable by a fine not exceeding ten thousand dollars ($10,000), or by imprisonment in the state prison, or in a county jail not exceeding one year, or by both such fine and imprisonment."  Cal. Penal Code § 69.

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-6143 AHM (CWx) | Date | March 24, 2009 |
|---|---|---|---|
| Title | LAMONT GULLY v. CITY OF LONG BEACH, et al. | | |

    The Court GRANTS the motion to stay[2] because it is facially meritorious and unopposed.  The pre-trial and trial dates set by the Court in its December 29, 2008 Order[3] are hereby VACATED.

    No hearing is necessary.  Fed. R. Civ. P. 78; L. R. 7-15.

|  | : |  |
|---|---|---|
| Initials of Preparer | | SMO |

---

[2] Docket No. 14.

[3] Docket No. 12.