JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT GULLY, et al.,<br><br>         Plaintiff(s),<br><br>    v.<br><br>CITY OF LONG BEACH, et al.,<br><br>         Defendant(s) | CASE NO. CV08-6143-AHM (CWx)<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF STAY |

On March 24, 2009, the Court granted the parties' application to stay this action pending adjudication of a criminal action against plaintiff for violating California Penal Code § 69;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 30 days of the adjudication of the criminal action, to request a status conference be scheduled. Until such time, this Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

/ / /

1  IT IS FURTHER ORDERED that counsel for plaintiff file quarterly status
2  reports commencing on July 6, 2009.
3
   IT IS SO ORDERED.
4
5  DATED:  April 20, 2009

                                          _____
                                          A. HOWARD MATZ
                                          United States District Judge

            JS - 6

2